1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BRUCE E. SMITH, | Case No. C06-5678RJB-KLS |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| JEFFREY UTTECHT, | |
| Respondent. | |

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1 and #5) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 21st day of December, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1