UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRUCE E. SMITH,<br><br>               Petitioner,<br><br>     v.<br><br>JEFFREY UTTECHT, *et al*,<br><br>               Respondents. | Case No. C06-5678RJB-KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

This matter is before the court on respondent's motion for an extension of time until June 6, 2007, to file an answer to petitioner's *habeas corpus* petition. (Dkt. #25) After reviewing the motion and the remaining record, the Court hereby ORDERS as follows.

The Court finds that due to the reasons set forth in respondent's motion, it is proper to grant the request for an extension of time to file an answer to the petition. Indeed, respondent already has submitted his answer, which was filed on June 5, 2007. (Dkt. #26). Accordingly, respondent's motion (Dkt. #25) hereby is GRANTED.

The Clerk shall send copies of this Order to petitioner and counsel for respondent.

DATED this 15th day of June, 2007.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge