UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE E. SMITH,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

Case No. C06-5678RJB

ORDER DENYING CERTIFICATE OF APPEALABILITY

This matter comes before the court on the petitioner's Notice of Appeal. Dkt. 41. The court must consider whether to grant or deny the petitioner a Certificate of Appealability. *See* 28 U.S.C. 2253(c)(3). The court has reviewed the record herein.

## PROCEDURAL HISTORY

On August 30, 2007, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation, recommending that the court dismiss the petition for writ of habeas corpus. Dkt. 35. On October 12, 2007, the court issued an order denying the petition for writ of habeas corpus, concluding that petitioner's claim related to the suppression hearing was unexhausted and procedurally barred, and that his claims regarding newly discovered evidence and prosecutorial misconduct did not warrant habeas relief. Dkt. 39. Petitioner has now appealed to the U.S. Court of Appeals for the Ninth Circuit. Dkt. 41.

Order- 1

## STANDARD FOR GRANTING A CERTIFICATE OF APPEALABILITY

The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). When the court denies a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 120 S.Ct. at 1604.

## DISCUSSION

This court dismissed petitioner's claim regarding a suppression hearing as unexhausted and procedurally barred. This claim was therefore dismissed on procedural grounds. There is nothing in the record that would support a conclusion that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether this court was correct in its procedural ruling.

Petitioner's second and third claims, based upon newly discovered evidence and prosecutorial misconduct, were reviewed on the merits. Petitioner has not made a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further.

The Certificate of Appealability should be denied.

Accordingly, it is hereby **ORDERED** that petitioner's motion for a Certificate of Appealability (Dkt. 41) is **DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 14th day of December, 2007.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge